UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Misc. No.07-03-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| JOHNNY RAY MILLER | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 14] filed by United States Magistrate Judge Edward B. Atkins. The Defendant, Johnny Ray Miller, allegedly violated the terms of his supervised release and an arrest warrant issued based on those alleged violations. [R. 5]. On September 6, 2007, this matter was referred to Judge Atkins to conduct a final revocation hearing and recommend a proposed disposition of the matter.

Judge Atkins conducted the final revocation hearing on September 13, 2007 [R. 13], and a Report and Recommendation to this Court issued that same day. [R. 14]. The Report and Recommendation advises the parties that any objections must be filed within ten (10) days of service. [Id.]. As of this date, neither party has filed objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151

(1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir.1981). Nevertheless, this Court has examined the record, and having made a *de novo* determination, it agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

    1.    The Report and Recommendation [R. 14] as to Johnny Ray Miller is **ADOPTED** as and for the Opinion of the Court;

    2.    The Defendant, Johnny Ray Miller, is found to have violated the terms of his Supervised Release as set forth in Violations 3-5 of the Petition filed by the United States Probation Office. Violation numbers 1 and 2, as set forth in the Petition filed by the United States Probation Office, are **DISMISSED**;

    3.    The Defendant, Johnny Ray Miller's Supervised Release is **REVOKED;**

    4.    The Defendant, Johnny Ray Miller, is **SENTENCED** to the custody of the Bureau of Prisons for a term of imprisonment of **fourteen (14) months**, with **no** supervised release to follow;[1]

    5.    The Court **recommends** that the Defendant, Johnny Ray Miller, be placed in a facility for which he qualifies, preferably in the state of North Carolina, pursuant to 18 U.S.C. §3621(b); and

    6.    Judgment shall be entered concurrently herewith.

---

[1] The Court notes that the Defendant filed a Waiver of his right to allocution, and requested that the undersigned "impose a sentence by written order." [R. 12].

This the 10th day of October, 2007.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge